bonds ordered to be rejected by the receivers in the distribution of the effects of the company among its creditors and stockholders.

*The Bank Commissioners of the State of New-York* v. *The James Bank et al.* A. TABER, for complainants; S. J. COWEN, for defendants. Application for injunction and receiver. The court decided in this case, that under the provisions of the act of 1840, relative to the redemption of bank notes, by the agents of banks and banking associations, it is necessary to leave the circulating notes at the agency until the termination of the twenty days from their first presentment for payment, or to present them a second time at or after the expiration of that period, in order to render a neglect to redeem such bills and pay the extra interest thereon, an absolute forfeiture of the charter of the bank, or of the franchises of the banking association.

*General banking law. Present- ment of bills at agency for pay- ment.*

That under the first clause of the 5th section of that act the bill holder who makes a demand of payment at the agency, which is refused, may immediately sue the bank or association and recover the amount due him upon the bills, together with interest at the rate of twenty per cent. Or he may wait the twenty days and then again demand the payment thereof with interest, for the purpose of subjecting the bank to a forfeiture of its privileges if such payment is again refused; and to enable him to appply to the comptroller for payment under the last clause of this section, if his demand is against an association under the general banking law.

Order to show cause discharged, and petition dismissed, and temporary injunction dissolved; but without prejudice to the right of the petitioners to renew their application if they shall think proper to do so, upon a new state of facts.

*In the matter of John Downing, an habitual drunkard.* H. Z. HAYNER, for overseers of the poor; H. EVERTS, for Downing. Motion for an issue at law denied. Application for appointment of committee granted; and Charles H. Barny appointed such committee, on giving security.

*Arthur H. Root* v. *Lyman A. Spalding and others.* J. V. L. PRUYN, for complainant; J. RHOADES, for defendants.—— Order to show cause discharged, without costs to either party.

*David Wood* v. *Luther Hathaway.* S. BEARDSLEY, for complainant; T. JENKINS, for defendant. Decided that in a case where the complainant is entitled to discovery, although not to any relief, a general demurrer to the whole bill cannot be sustained, although the bill prays relief as well as discovery.

*Demurrer to bill.*

Decision of the vice chancellor affirmed with costs; and proceedings remitted.